UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY NELSTEIN,

        Plaintiff,                      Case No. 2:25-cv-12725

v.                                          Honorable Susan K. DeClercq
                                                United States District Judge

OTIS ELEVATOR COMPANY,

        Defendant.
_____/

## ORDER REMANDING CASE

On July 28, 2025, Plaintiff Tracy Nelstein sued Defendant Otis Elevator Company in Wayne County Circuit Court for injuries she sustained as a result of a falling elevator installed or maintained by Otis. ECF No.1 at PageID.14. Otis removed the case to federal court under 28 U.S.C. § 1441(b)(2), citing diversity jurisdiction under 28 U.S.C. § 1332(a), since Nelstein is a citizen of Michigan and Otis is a corporate citizen of New Jersey and Connecticut. *Id*. at PageID.5. However, on December 16, 2025, Nelstein filed an amended complaint adding Donald Smith, a citizen of Michigan, as a new defendant. ECF No. 15.

For diversity jurisdiction to exist, the parties must be completely diverse, meaning no plaintiff shares a state of citizenship with any defendant, and the amount in controversy must exceed $75,000. 28 U.S.C. § 1332(a). Here, Plaintiff Nelstein and Defendant Smith are both Michigan residents, defeating complete diversity.

Moreover, there is no federal question presented by Plaintiff's claims. *See generally* ECF No. 15. Therefore, this Court no longer has jurisdiction over this matter so it must be remanded back to state court for any further proceedings.[1] 28 U.S.C. § 1332(a); *see also Caterpillar Inc. v. Williams*, 482 U.S. 386 (1987).

Accordingly, it is **ORDERED** that the above-captioned case is **REMANDED** to the Third Circuit Court of Wayne County.

**This is a final order and closes the above-captioned case.**

/s/ *Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: January 9, 2026

---

[1] At a conference held with this Court on January 5, 2026, counsel for the parties indicated their agreement that this case must be remanded back to state court.